UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

Case No: 8:17-cv-787-T-33AAS

I.C., a minor, by and through his parent,
and natural guardian, SUZANNE RIHA,

    Plaintiff,

v.

POLK COUNTY SCHOOL DISTRICT,
A Florida Governmental Entity; the
SCHOOL BOARD OF POLK COUNTY, a Florida
Governmental Entity; OUR CHILDREN'S ACADEMY,
a Florida Charter School,

    Defendants.

_____/

## UNOPPOSED MOTION TO REOPEN CASE, PETITION FOR APPROVAL OF SETTLEMENT OF A MINOR'S CLAIM, AND REQUEST FOR HEARING

Petitioner, SUZANNE RIHA, as parent and natural guardian of I.C. (the "Minor Child"), hereby file this Motion to Reopen Case and Petition for Approval of Settlement of a Minor's Claim, and allege as follows:

1. The name of the natural guardian who has legal custody of the Minor Child is Suzanne Riha. The Minor Child I.C. resides with his mother Ms. Riha in Polk County, Florida.

2. The cause of action in which the Minor Child's interest arises from are incidents that occurred on or about March 2, 2016 and March 9, 2016. Plaintiff alleges that on those days the Minor Child was left on a school bus that was parked approximately thirty (30) miles from his school and home causing his alleged injuries.

1

3. Plaintiff has entered into a settlement with Defendant Our Children's Academy. The terms of the settlement are confidential and will be provided to the Court during the requested hearing for In-Camera review.

4. A proposed closing statement will be provided to the Court at that time as well.

5. The terms of the settlement are such that the appointment of a guardian ad litem is not required. In addition, the current guardian of the minor, Ms. Riha, has no potential adverse interest to the minor.

6. Petitioner, SUZANNE RIHA as parent and natural guardian, expressly approve the above-described settlement, and believe it to be in the best interest of the Minor Child and request this Court to reopen the case as to Defendant Our Children's Academy only and to approve the settlement.

7. Pursuant to Rule 3.01(i), the parties request that counsel for Defendant Our Children's Academy be permitted to attend the hearing telephonically. If the Court prefers, counsel for Plaintiff can provide the Court with the documents in advance of the hearing and attend by phone as well but will also be available to attend in person.

WHEREFORE, Petitioners respectfully request the Court reopen the case as to Our Children's Academy for the sole purpose of approving the settlement and hereby request the settlement be approved.

[SIGNATURE PAGES FOLLOW]

Under penalties of perjury, we declare that we have read the foregoing, and the facts alleged are true, to the best of our knowledge and belief.

Signed on this ___13___ day of ___Oct___, 2017.

_____
Suzanne Riha, as parent and natural guardian of I.C.

Date: __10/13__, 2017

Respectfully submitted,

The Orlando Law Group, PL
Attorney for Plaintiff

By: __/s/Kimberly E. Hosley__
Kimberly E. Hosley, Esq.
Florida Bar Number: 015365
12301 Lake Underhill Rd., Suite 213
Orlando, Florida 32828
Telephone: (407) 512-4394
Fax: (407) 955-4654
E-Mail: khosley@theorlandolawgroup.com
E-Mail 2: rmoyer@theorlandolawgroup.com

CERTIFICATE OF SERVICE

I certify that a copy of this _Unopposed Motion_ has been furnished via the CM/ECF Official Court Electronic Document Filing System to Ronald Marlowe, Esq., federal-notices@marlowe.cc, counsel for Our Children's Academy, on this __19th__ day of __October__, 2017.

By: __/s/Kimberly E. Hosley__

3

Kimberly E. Hosley
Fla. Bar No. 015365
The Orlando Law Group, P.L.
12301 Lake Underhill Rd, Suite 213
Orlando, FL 32828
Tel: 407-512-4394
Fax: 407-955-4654
khosley@theorlandolawgroup.com
rmoyer@theorlandolawgroup.com