UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**I.C., a minor, by and through his parent and natural guardian, Suzanne Riha,**

    **Plaintiff,**

v.                                             Case No.: 8:17-cv-787-T-33AAS

**POLK COUNTY SCHOOL DISTRICT, et al.,**

    **Defendant.**
_____/

## ORDER

This matter comes before the Court on Plaintiff's Unopposed Motion to Reopen Case, Petition for Approval of Settlement of a Minor's Claim, and Request for Hearing (Doc. 72). On October 20, 2017, the Honorable Virginia M. Hernandez Covington, United States District Judge, granted the motion to the extent that it requested the Court to direct the Clerk to reopen the case. (Doc. 73). Judge Covington also referred the request for approval of settlement of a minor's claim to the undersigned, for the issuance of a report and recommendation. (*Id.*).

Accordingly, it is **ORDERED** that:

(1) Counsel for the parties shall appear for a telephonic hearing on Plaintiff's request for approval of settlement of a minor's claim on **November 6, 2017, at 10:00 a.m.** To access the hearing, call 888-808-6929, and when prompted enter access code 2487394. Please call from a landline.

(2) Counsel shall file the executed settlement agreement in full by **November 1, 2017**.[1] If the parties contend that this agreement should be filed under seal, they may only do so with leave of the Court, upon filing an appropriate motion.[2]

**DONE AND ORDERED** in Tampa, Florida on this 27th day of October, 2017.

AMANDA ARNOLD SANSONE
United States Magistrate Judge

---

[1] On October 26, 2017, the Court received an in camera copy of the settlement agreement via email. However, this document must be filed on the docket to be considered as part of the record in this matter.

[2] Local Rule 1.09(a), Middle District of Florida, permits a paper to be filed under seal only after requesting and receiving leave of the Court. In the request for leave to file certain documents under seal, the moving party shall provide: (i) an identification and description of each item proposed for sealing; (ii) the reason that filing each item is necessary; (iii) the reason that sealing each item is necessary; (iv) the reason that a means other than sealing is unavailable or unsatisfactory to preserve the interest advanced by the movant in support of the seal; (v) a statement of the proposed duration of the seal; and (vi) a memorandum of legal authority supporting the seal. *Id.*