UNITED STATUTES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:17-cv-00787-VMC-AAS

SUZANNE RIHA, ex rel., I.C.,

    Plaintiff,

v.

POLK COUNTY SCHOOL DISTRICT,
et al.,

    Defendants.
_____/

## DEFENDANT'S UNOPPOSED MOTION TO SEAL
## WITH INCORPORATED MEMORANDUM OF LAW

COMES NOW the Defendant, VICTORY RIDGE ACADEMY, INC. ("VRA"), through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 26(c) and Local Civil Rule 109, for an Order permitting the filing of the Settlement Agreement pursuant to Plaintiff's Unopposed Motion to Reopen Case and Petition for Approval of Settlement of a Minor's Claim, under seal, and in support thereof would state:

### INTRODUCTION AND BACKGROUND

1. The parties have reached a settlement in the matter, and the Plaintiff being a minor child, Plaintiff has filed its Unopposed Motion to Reopen Case and Petition for Approval of Settlement of a Minor's Claim, which is set for hearing on November 6, 2017.

2. As part of the Motion and hearing, Plaintiff will be filing the Settlement Agreement of the parties for review by the Court.

3. To prevent the documents from being made part of the public record, the Defendant respectfully requests that the Court issue the proposed attached order permitting them

to file under seal the exhibit containing the document, to allow the Settlement Agreement to be kept confidential in the best interests of the parties and the minor child.

## MEMORANDUM OF LAW

The parties are required to submit the Settlement Agreement to the Court as it is the court's role to make certain that the settlement is fair and reasonable for the minor, and structured in such a way that it will give the minor the greatest benefit in the most protective fashion. Minneapolis Star & Tribune Co., 392 N.W.2d at 205 ("court approval of settlements involving minors is to protect minors"). It is within the Court's discretion to decide if the terms of a Settlemnt Agreement should be kept confidential. *Seattle Times Co. v. Rhinehart*, 467 U.S. 20, 36 (1984) (Washington "Rule 26(c) confers broad discretion on the trial court to decide when a protective order is appropriate and what degree of protection is required."); *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 599 (1978) (trial court's discretion is "to be exercised in light of the relevant facts and circumstances of the particular case"); *Bank of America Nat'l Trust & Say. Ass'n v. Hotel Rittenhouse Assocs.*, 800 F.2d 339, 344 (3d Cir. 1986) ("the issue before us is whether the district court abused its discretion in holding that the judicial policy of promoting the settlement of litigation justifies the denial of public access to records and proceedings to enforce such settlements"); *Minneapolis Star & Tribune Co.*, 392 N.W.2d at 206 ("The court must make its own legal determination in each case .... The right of access is therefore best left to the sound discretion of the trial court ...."). The parties have reached a confidential settlement, and are only submitting it to the Court as it is required for approval for the interests of the minor child.

**WHEREFORE**, Defendant respectfully requests this Honorable Court grant the Motion requiring the parties to manually file the exhibit containing those records with the Clerk and serve paper copies in accordance with ECF Manual Rule II(B)(6).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 2, 2017, I electronically filed the foregoing document via the CM/ECF Official Court Electronic Document Filing System.

> MINTZER, SAROWITZ, ZERIS, LEDVA
> & MEYERS, LLP
> 6921 Pistol Range Road, Suite 101
> Tampa, FL 33635
> Tel:  (813) 885-5220
> Fax:  (813) 814-2506
> Email: RHenderson@defensecounsel.com
>
> By: _____
> REGINA HENDERSON
> Florida Bar No. 0048623

## SERVICE LIST

***Counsel for Plaintiffs:***
Kimberly E. Hosley, Esq.
THE ORLANDO LAW GROUP, PL
12301 Lake Underhill Road, Ste. 213
Orlando, FL 32828
Ph:     (407) 512-4394
E-mail: rmoyer@theorlandolawgroup.com

***Counsel for Defendant School Board of Polk County & Polk County School District:***
Jeffrey Sullivan, Esq.
Stidham & Stidham, PA
150 E Davidson St
PO Box 510
Bartow, FL 33830
Ph:     (863) 533-0866
Fax:    (863) 533-1151
E-mail: JSULLIVAN@STIDHAMLAWYERS.COM

***Counsel for Defendant School Board of Polk County & Polk County School District:***
Jonathan Stidham, Esq.
Stidham & Stidham, PA
150 E Davidson St
PO Box 510
Bartow, FL 33830
Ph:     (863) 533-0866
Fax:    (863) 533-1151
E-mail: JSTIDHAM@STIDHAMLAWYERS.COM

***Counsel for Defendant Our Children's Academy:***
Joshua Keith Brown, Esq.
Peterson & Myers, PA
225 E Lemon St - Suite 300
PO Box 24628
Lakeland, FL 33802-4628
Ph:     (863) 683-6511
Fax:    (863) 904-1335
E-mail:  JKBserve@petersonmyers.com