UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUZANNE RIHA, ex rel., I.C.,

    Plaintiff,

v.                                                                   Case No.: 8:17-cv-787-T-33AAS

FOLK COUNTY SCHOOL DISTRICT,
et al.,

    Defendants.
_____/

## ORDER

Before the Court is Defendant's Unopposed Motion to Seal (Doc. 76). Plaintiff, a minor, filed an Unopposed Motion to Reopen Case and Petition for Approval of Settlement of a Minor's Claim, which is set for hearing on November 6, 2017. (Docs. 72, 74). The undersigned directed that the Settlement Agreement at issue be filed so that it can be considered as part of the record in this matter. (Docs. 74, 75). Defendant now seeks to file the Settlement Agreement under seal. (Doc. 76).

The public possesses a common-law right to access to judicial records. *In re Alexander Grant & Co. Litig.*, 820 F.2d 352, 355 (11th Cir. 1987). Nevertheless, the public's right of access to judicial records in this context "may be overcome by a showing of good cause." *Romero v. Drummond Co.*, 480 F.3d 1234, 1245 (11th Cir. 2007). Here, Plaintiff is a minor child. Actions brought on behalf of minor children keep personal information private, especially when it bears no relation to the events in the lawsuit. *See Breedlove v. Hartford Life & Acc. Ins. Co.*, No. 6:11-CV-991-ORL-28, 2013 WL 1935251, at *2 (M.D. Fla. May 9, 2013). This need to maintain the privacy of minors is a valid concern which is recognized in Local Rule 1.09(a). *Id.*

1

The Court finds that Defendant has satisfied the good cause requirement and there is a compelling interest in protecting the information and the sealing of this document is tailored to that interest.

Accordingly and upon consideration, it is **ORDERED** that Defendant's Unopposed Motion to Seal (Doc. 76) is **GRANTED**. Defendant is directed to email the fully executed settlement agreement to the undersigned at: chambers_flmd_Sansone@flmd.uscourts.gov. The Court will forward the document to the Clerk, who shall place it under seal.

**DONE AND ORDERED** in Tampa, Florida on this 3rd day of November, 2017.

AMANDA ARNOLD SANSONE
United States Magistrate Judge