UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

I.C., a minor, by and through his
parent and natural guardian,
SUZANNE RIHA,

    Plaintiffs,

v.                                 Case No: 8:17-cv-787-T-33AAS

POLK COUNTY SCHOOL DISTRICT,
a Florida Governmental Entity; the
SCHOOL BOARD OF POLK COUNTY, a Florida
Governmental Entity; OUR CHILDREN'S
ACADEMY, a Florida Charter School,

    Defendants.
_____/

**ORDER**

This matter comes before the Court on upon consideration of United States Magistrate Judge Amanda Arnold Sansone's Report and Recommendation (Doc. # 83), entered on November 29, 2017, recommending that Plaintiff's Unopposed Petition for Approval of Settlement of a Minor's Claim be granted. As of the date of this Order, no objections have been filed and the time for filing objections has lapsed. The Court accepts and adopts the Report and Recommendation, and accepts, adopts, and approves the settlement agreement (Doc. # 82).

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732 (11th Cir. 1982),

1

cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions, and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge and the recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED**, **ADJUDGED**, and **DECREED**:

(1) The Report and Recommendation (Doc. # 83) is **ACCEPTED** and **ADOPTED.**

(2) Plaintiff's Unopposed Petition for Approval of Settlement of a Minor's Claim (Doc. # 72) is **GRANTED.**

(3) The settlement agreement (Doc. # S-82) is accepted, adopted, and approved by the Court, and the parties are ordered to comply with the terms of the settlement agreement.

(4) The Clerk is directed to terminate all pending motions and deadlines and, thereafter, **CLOSE** this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>18th</u> day of December, 2017.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE